UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JOHN SOSNOWY

                Plaintiff,

v.

A. PERRI FARMS, INC., and
ANTHONY J. PERRY, an individual

                Defendants.

Case No. 2:10-cv-02829-ADS-WDW

## STIPULATION OF DISCONTINUANCE

COME NOW the parties in the above-referenced case and stipulate to dismiss this case with prejudice, with each side to bear its own costs and attorney fees.

Respectfully submitted,

_(signature)_

Peter Romero
FRANK & ASSOC., PC
500 Bi-County Blvd., Suite 112N
Farmingdale, New York 11735

*Attorneys for Defendants*

_(signature)_

Penn Dodson (PD 2244)
GOLDBERG & DOHAN, LLP
275 Madison Ave, Suite 705
New York, New York 10007

*Attorneys for Plaintiff*